# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                                  Case No.  3:25-cr-174/TKW

DANIEL BOOKOUT,
a/k/a DANIEL J. BOOKOUT,
a/k/a DANIEL JOSIAN BOOKOUT,
a/k/a DJ
a/k/a DANIEL J. MAINER
a/k/a DANIEL JOSIAH MAINER
    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, DANIEL BOOKOUT, to Count One of the indictment is hereby ACCEPTED. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 29th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**